# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RYAN REESE,<br><br>    Petitioner,<br><br>v.<br><br>FOX, Warden,<br><br>    Respondent. | Case No. CV 18-2371 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, Petitioner's objections, and the Supplemental Statement of Decision. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.
3
4
5 DATE: May 9, 2019.
6                                  *S. James Otero*
                                 _____
7                                  HON. S. JAMES OTERO
                                 SENIOR UNITED STATES DISTRICT JUDGE