1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RYAN REESE, | Case No. CV 18-2371 SJO (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| FOX, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 9, 2019.

*S. James Otero*

_____
HON. S. JAMES OTERO
SENIOR UNITED STATES DISTRICT JUDGE